# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Adalberto Tejada-Valle,<br>a.k.a.: Adalberto Tejada Valle,<br>a.k.a.: Asuncion Aipruro,<br>(A205 943 019)<br>*Defendant* | )<br>)<br>) Case No. 17-517MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 19, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Adalberto Tejada-Valle, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Ysidro, California, on or about November 20, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 27, 2017

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 19, 2017, Adalberto Tejada-Valle was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Tejada-Valle was examined by ICE Officer B. Roloff who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 25, 2017, Tejada-Valle was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Tejada-Valle was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Adalberto Tejada-Valle to be a citizen of Mexico and a previously deported criminal alien. Tejada-Valle was removed from the United States to Mexico through San Ysidro, California, on or about November 20, 2015, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Tejada-Valle in any Department of Homeland Security database

to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Tejada-Valle's immigration history was matched to him by electronic fingerprint comparison.

4. On October 26, 2017, Adalberto Tejada-Valle was advised of his constitutional rights. Tejada-Valle freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 19, 2017, Adalberto Tejada-Valle, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Ysidro, California, on or about November 20, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge